**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **ESTATE OF JAMES RIVETTA,** | ) | |
| | ) | |
| **Plaintiff(s),** | ) | |
| | ) | |
| **vs.** | ) | **Case No.  05-737-GPM** |
| | ) | |
| **ALION SCIENCE AND TECHNOLOGY CORPORATION,** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## <u>JUDGMENT</u>

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff, **ESTATE OF JAMES RIVETTA,** and Defendant, **ALION SCIENCE AND TECHNOLOGY CORPORATION,** that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed January 13, 2006,  each party to bear their own costs.

Dated: March 16, 2006

NORBERT G. JAWORKSI, Clerk of Court

By:    s/ Linda M. Cook
           Deputy Clerk

Approved by:

 s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**